

EDGARDO J. OLIVER
JEREMIE J. CRUZ
WALTER HARRELL
80 CABRILLO HWY NORTH
SUITE Q-147
HALF MOON BAY, CA, 94019

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| EDGARDO J. OLIVER, Debtor/ Mortgagee ) <br> JEREMIE J. CRUZ, Mortgagee ) <br> WALTER HARRELL, Mortgagee <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> AMERICA'S WHOLESALE LENDER, ) <br> BANK OF AMERICA HOME LOAN AND ) <br> INSURANCE COMPANY, INC, ) <br> ) <br> RECONTRUST COMPANY, INC, Trustee, ) <br> ) <br> FREDDIE MAC, FEDERAL HOME LOAN ) <br> MORTGAGE CORPORATION, Beneficiary ) <br>     Defendants, ) <br> ) | CASE NO. 10-59423 <br><br> ) <br> COMPLAINT -- REGARDING A <br> FRAUDULENT FORECLOSURE <br> AND REFUSAL TO HONOR <br> THE BANKRUPTCY STAY <br> USC TITLE 11 §362 & §362(3) <br> REQUEST FOR ADVERSARY <br> PROCEEDINGS HEARING |

## COMPLAINT ISSUES

1. Plaintiff, Edgardo J. Oliver, successfully filed for a Chapter 13 Bankruptcy on September 10, 2010.

2. Plaintiff, Edgardo J. Oliver, faxed a copy of the Bankruptcy Filing Document and the Grant Deed showing himself as a Holder in Due Course with Title Privileges to the above property to the Trustee representative at ReconTrust

1

Company and the Bankruptcy Department at Bank of America Home Loan and Insurance Company, Inc, that same day as the filing, on September 10, 2010.

3. Plaintiff, Jeremie J. Cruz, faxed the Defendants, Bank of America Home Loan and Insurance Company, Inc. and ReconTrust Company, Inc, a copy of the Bankruptcy filing document and the Grant Deed showing that Edgardo J. Oliver is a Title Holder to the Real Estate listed above.

4. Defendants, Bank of America Home Loan and Insurance Company, Inc, Freddie Mac, CTC Real Estate Services and ReconTrust Company, Inc. Knowingly and Fraudulently Foreclosed on the above Real Estate Property owned by the above Plaintiffs on September 13, 2010 and did not honor the Automatic Stay granted by the Bankruptcy Court under Title 11 §362 and §362(3).

5. Plaintiff, Jeremie J. Cruz, has called the Bank of America Home Loan and Insurance Company, Inc. and the Recon Trust Company, Inc. several times since the illegal Foreclosure, telling them of their mistake in Foreclosing on a property held in Bankruptcy. The Defendants have refused to reverse the Foreclosure and honor the Automatic Bankruptcy Stay.

6. Plaintiff, Edgardo J. Oliver, has called the ReconTrust Company, Inc. by telephone and told their representitives about their Illegal Foreclosure. The Defendants have not reversed the Foreclosure.

7. Since the illegal Foreclosure the Defendants are trying to harass and are attempting to remove the tenants at the property. They have posted a Fraudulent notice of completed Foreclosure in an attempt to hide their criminal activities.

# CONCLUSION

The Plaintiffs and owners of the property that was Fraudulently Foreclosed upon, Edgardo Oliver and Jeremie J. Cruz, prey to the Bankruptcy Court to hear this pleading in a Jury Trial Setting and to come to terms to levy a Judgment against the Defendants for the Amount of ($2,400,000.00) Two Million Four Hundred Thousand U. S. in lawful Silver money. The value held by the Defendants as to the value of this property is $410,000.00. Plus Consideration and Damages in the amount of five times the amount of the court ruling or $2,000,000.00. in U. S. lawful silver money. Plus any court costs and fees, Attorney's fees and costs. The Plaintiffs also request the court place a Temporary Restraining Order and a Preliminary Injunction on this matter. The TRO and the PI were filed earlier in the Bankruptcy court.

Dated: November 9, 2010       BY: _____
                                   Edgardo J. Oliver in Pro-Se

                              BY: _____
                                   Jeremie J. Cruz in Pro-Se

                              BY: _____
                                   Walter Harrell

3

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** EDGARDO OLIVER, JEREMIE CRUZ, WALTER HARRELL | **DEFENDANTS** AMERICA'S WHOLESALE LENDER, BANK OF AMERICA HOME LOAN & INSURANCE COMPANY, INC., RECONTRUST CO, FED. HOME LOAN MORT CORP |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>IN PRO SE | **ATTORNEYS** (If Known)<br>MICHAEL D. ZEFF<br>16027 VENTURA BLVD, SUITE 201<br>ENCINO, CALIFORNIA 91436-2733 |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
VIOLATION OF THE AUTOMATIC STAY UNDER USC TITLE 11 SECTION 362 and section 362 (3).

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 2,400,000.00 |
| Other Relief Sought     TEMPORARY RESTRAINING ORDER | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR EDGARDO J. OLIVER || BANKRUPTCY CASE NO. 10-59423 ||
| DISTRICT IN WHICH CASE IS PENDING NORTHERN DISTRICT OF CALIFORNIA || DIVISION OFFICE SAN JOSE | NAME OF JUDGE WEISSBRODT |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE /s/ 11-10-2010 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF) EDGARDO J. OLIVER, PRO-SE |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.